TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ELIA HERRERA (Cal. Bar No. 293278)
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2024/4447
    Facsimile: (213) 894-0141
    E-mail:   elia.herrera@usdoj.gov
             johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00360-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| LEONARDO ZAMORA, | No Hearing Set |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Elia Herrera and JohnPaul LeCedre, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment (Dkt. 12) in this case without prejudice.

//

//

//

Accordingly, the government requests that the May 25, 2021 trial date be vacated; that the May 7, 2021 pretrial conference be taken off calendar; and that all other pretrial dates be vacated. The government further requests that bond for defendant LEONARDO ZAMORA be exonerated.

Dated: April 30, 2021　　　　　　　　Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

　　　　　　　　　　　　　　　　　　　　　/s/
ELIA HERRERA
JOHNPAUL LECEDRE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA